JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA CECILIA MARIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>J.C. PENNEY COMPANY, INC., and<br>DOES 1 through 10, Inclusive;<br><br>  Defendants.<br>_____ | Case No.:  CV09-05615 R (JCx)<br><br>*Matter Filed: July 31, 2009*<br><br>**ORDER**<br><br>[Assigned for all purposes to the Hon.<br>Manuel L. Real, District Judge] |

This matter came on for hearing on March 8, 2010, at 11:00 a.m., on regular notice for the Order to Show Cause hearing regarding the dismissal for failure to file joint report of early meeting of counsel. Plaintiff ANA CECILIA MARIN("plaintif") appeared through attorney John M. Anderson, Esq. and defendant J.C. PENNEY COMPANY, INC. (Defendant) appeared through attorney Sevan Gobel, Esq.

During the hearing, counsel for the parties advised the Court that an agreement and stipulation was reached between defendant and plaintiff, whereby plaintiff will not seek and/or recover past and future special damages, general damages, costs, fees and/or interest in excess of *$59,380.80* (i.e. the claim presented in plaintiff's Initial Disclosures

for $29,620.00 for medical expenses and future medical expenses; $9,760.80 for loss of earnings; and $20,000.00 for pain and suffering and emotional distress) by way of the above entitled action. As a result, the parties agreed and stipulated that the matter should be remanded back to the Superior Court of the State of California for the County of Los Angeles as Case No. EC050151.

**IT IS ORDERED THAT:**

This action is a civil action of which this Court no longer has original jurisdiction under 28 U.S.C. section 1332, and is one which should be remanded back to Superior Court of the State of California for the County of Los Angeles as Case No. EC050151, since the matter in controversy no longer exceeds the sum of $75,000, exclusive of interest and costs.

**IT IS SO ORDERED.**

Dated:_March 15, 2010__        _____

UNITED STATES DISTRICT JUDGE

Submitted by:

Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
jml@mmker.com
Sevan Gobel, Esq. (State Bar No. 221768)
sxg@mmker.com
**MANNING & MARDER,
KASS, ELLROD, RAMIREZ LLP**
801 So. Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900

Attorneys for Defendant
J.C. PENNEY COMPANY, INC.